# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ORTINO LICON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-10-0177-F ) |
| H.A. LEDEZMA, Warden, | ) ) |
| Respondent. | ) |

## ORDER

Petitioner, a federal prisoner, seeks habeas relief under 28 U.S.C. § 2241. He appears *pro se*, and his pleadings are liberally construed.

Magistrate Judge Bana Roberts issued her Report and Recommendation on March 25, 2010. (Doc. no. 8.) In her Report, the magistrate judge recommends that the petition be denied upon filing. Petitioner has now filed timely objections to the Report. (Doc. no. 15.) Accordingly, the court considers the matters addressed in the Report and Recommendation *de novo*. Having done so, upon review, the court finds that no further analysis is necessary here. Petitioner's objections are **DENIED**, and the court **ACCEPTS**, **ADOPTS** and **AFFIRMS** the Report and Recommendation of the magistrate judge in its entirety. For the reasons stated in the Report, the petition is **DENIED** upon filing.

Dated this 9th day of July, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0177p007.wpd